UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELVIN JOSEPH SIMMONS, D66671,

Petitioner,

v.

DAVID BAUGHMAN, Warden, et al.,

Respondent(s).

Case No. 17-cv-03809-CRB  (PR)

**JUDGMENT**

For the reasons set forth in the accompanying order, the amended petition for a writ of habeas corpus is dismissed without prejudice.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated:  November 14, 2017

_____

CHARLES R. BREYER
United States District Judge